IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDTIMO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1193 (JCG) |
| | ) | |
| ALLURION TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE**

WHEREAS, Plaintiff Medtimo, Inc. ("Plaintiff") filed this action on September 25, 2025 (D.I. 1);

WHEREAS, Defendant Allurion Technologies, Inc. ("Defendant") answered and asserted counterclaims on November 17, 2025 (D.I. 13) to which Plaintiff responded (D.I. 16);

WHEREAS, counsel for Defendant has advised that it intends to move to withdraw its appearance (see D.I. 44);

WHEREAS, in the parties' meet and confer, counsel for Defendant has advised that Defendant is winding up its business has terminated all of its employees;

NOW, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby agree to dismiss all claims and counterclaims asserted in this action without prejudice;

2. The parties further agree that this stipulation does not trigger the provisions of Fed. R. Civ. P. 41(a)(1)(B) in light of their stipulation to dismiss without prejudice, such that this action can be refiled in the future;

3. The parties agree that the time periods are tolled, such that any statute of limitations, including for recovery of damages under 35 U.S.C. § 286, shall apply as of September 25, 2025 in any future action that is filed; and

4. Each party shall bear its own costs and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Karen Jacobs (#2881)
Jennifer Ying (#5550)
E. Paul Steingraber (#7459)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
jying@morrisnichols.com
esteingraber@morrisnichols.com

*Attorneys for Medtimo, Inc.*

TROUTMAN PEPPER LOCKE LLP

*/s/ James H.S. Levine*

James H. S. Levine (#5355)
1313 Market Street, Suite 1000
P.O. Box 1709
Wilmington, DE 19899-1709
(302)-777-6500
james.levine@troutman.com

*Attorneys for Defendant*
*Allurion Technologies, Inc.*

October 8, 2026

SO ORDERED this ____ day of _________________, 2026.

_________________________________
United States District Judge